August 19, 1983.

464 A.2d 535

Brobst, Appellant v. United Wesleyan College.

Argued September 8, 1982.   Robert P. Grim, for appellant;  Thomas Alfred Wallitsch, for appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Order affirmed.